# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                            NO. 4:13CR00227-01 BRW

SHALANDA COVETT TURNER                                              DEFENDANT

## ORDER

The Government has filed the pending motion to revoke bond. See Document 17. In the motion, the Government asks the Court to issue a summons for defendant Shalanda Covett Turner ("Turner") and schedule a hearing for her to appear and show cause why her bond should not be revoked. The Court has reviewed the motion and finds that the portion of the motion requesting the issuance of a summons should be, and is, granted.

The Clerk of the Court shall issue a summons. The summons shall contain the date, time, and place of the hearing on the Government's motion to revoke Turner's bond.

The hearing on the motion to revoke Turner's bond will be held beginning at 9:30 a.m. on Tuesday, May 6, 2014, in Courtroom 2B of the Richard S. Arnold United States Courthouse in Little Rock, Arkansas.

IT IS SO ORDERED this _____23_____ day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE