**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.                    4:13-CR-00227-01-BRW**

**SHALANDA COVETT TURNER**

### ORDER MODIFYING CONDITIONS OF RESTITUTION

Defendant's Restitution is modified as follows:

Restitution of $50,249.52 is mandatory and is payable to the Social Security Administration, Debt Management Section, Attn: Court Refund, P.O. Box 2861, Philadelphia, Pennsylvania 19122. Beginning the first month of probation, Defendant must make monthly payments in the amount of 10% of her monthly gross income. The interest requirement is waived. Restitution is joint and several with anyone else who has been, or will be, convicted of an offense for which restitution to the same victim on the same loss is required.

IT IS SO ORDERED this 2nd day of December, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE